

FILED
GREAT F...
2009 DEC 2 PM 4 20
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| ELDON HUFFINE,<br><br>                      Petitioner,<br><br>vs.<br><br>STATE OF MONTANA PRISON, et al.,<br><br>                      Respondents. | No. CV 09-63-BU-SEH<br><br>**ORDER** |

On October 30, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Petitioner did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 4.

-1-

Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. The Petition for Writ of Habeas Corpus[2] is DENIED for failure to pay the filing fee or move to proceed *in forma pauperis*.

2. The Clerk of Court is directed to enter a judgment of dismissal.

3. A certificate of appealability is DENIED. Any appeal would be taken in bad faith.

DATED this 2nd day of December, 2009.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.